KENNETH KIVIMAKI v. ANTHONY CVEK.

208 N. W. 2d 96.

June 8, 1973—No. 43736.

*M. H. Greenberg* and *Ben P. Constantine,* for appellant.
*William R. Ojala,* for respondent.

Heard before Knutson, C. J., and Rogosheske, Peterson, and Kelly, JJ.

PER CURIAM.

The issue in this case is simply whether the evidence was sufficient to support the finding of the trial court that a legally binding purchase agreement existed between the parties. We hold that it was.

Affirmed.